```
1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCHES OF:<br><br>ONE HARD DRIVE REMOVED FROM THE COMPUTER AT LISA ALLEN'S WORKSTATION, LOCATED AT G. HEDGECOCK INC., 2721 NATHAN AVENUE, MODESTO, CALIFORNIA. THE HARD-DRIVE IS DESCRIBED AS A SEAGATE ULTRA, MODEL ST380011A, SERIAL NUMBER 5JVWN2TW, P/N 9W2003-633<br><br>ONE COMPUTER TOWER DESCRIBED AS A BLACK SONY VAIO, MODEL PCV-C31L, NUMBER 2-630-842-01, P/N 28221838 WITH ANOTHER STICKER ON THE COMPUTER TOWER INDICATING MODEL VGC-RB40 AND S/N 3003866, LOCATED AT FORES MACKO LAW CORPORATION, 801 10TH STREET, FIFTH FLOOR, SUITE 105, MODESTO, CALIFORNIA | S.W. NO. 1: 07 SW 00122  SMS<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT AFFIDAVITS<br><br><br>SEALED |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of

1

1  Stanley A. Boone, under seal, and good cause appearing
2  therefor,
3      IT IS HEREBY ORDERED that the search warrant affidavit in
4  the above-entitled proceeding, together with the Application To
5  Seal of the United States Attorney and the accompanying
6  Memorandum of Points and Authorities and Declaration of Stanley
7  A. Boone, shall be filed with the Court in camera, under seal
8  and shall not be disclosed pending further order of this court.

DATED: 6/7/07

SANDRA M. SNYDER
U.S. Magistrate Judge