```
 1  McGREGOR W. SCOTT                          DEC 0 8 2008
    United States Attorney
 2  STANLEY A. BOONE                    CLERK, U.S. DISTRICT COURT
    IAN L. GARRIQUES                    EASTERN DISTRICT OF CALIFORNIA
 3  Assistant U.S. Attorneys            BY _____
    4401 Federal Building                        DEPUTY CLERK
 4  2500 Tulare Street
    Fresno, California 93721                   SEALED
 5  Telephone: (559) 497-4000

 6              IN THE UNITED STATES DISTRICT COURT FOR THE

 7                   EASTERN DISTRICT OF CALIFORNIA

 8  IN THE MATTER OF:            )   SW-F 07-00122 SMS
                                 )        07-00123 SMS
 9  ONE HARD DRIVE REMOVED FROM THE)
    COMPUTER AT LISA ALLEN'S     )   ORDER TO UNSEAL SEARCH WARRANT
10  WORKSTATION, LOCATED AT G.   )   AFFIDAVIT AND WARRANTS
    HEDGECOCK INC., 2721 NATHAN  )
11  AVENUE, MODESTO, CALIFORNIA. )
    THE HARD-DRIVE IS DESCRIBED AS )
12  A SEAGATE ULTRA, MODEL       )
    ST380011A, SERIAL NUMBER     )
13  5JVWN2TW, P/N 9W2003-633     )
                                 )
14  ONE COMPUTER TOWER DESCRIBED AS)
    A BLACK SONY VAIO, MODEL PCV- )
15  C31L, NUMBER 2-630-842-01, P/N )
    28221838 WITH  ANOTHER STICKER )
16  ON THE COMPUTER TOWER        )
    INDICATING MODEL VGC-RB40 AND )
17  S/N 3003866, LOCATED AT FORES )
    MACKO LAW CORPORATION, 801 10TH)
18  STREET, FIFTH FLOOR, SUITE 105,)
    MODESTO, CALIFORNIA          )
19                               )
    _____)
20

21      The search warrant affidavit in this case having been sealed

22  by Order of its Court on June 7, 2007, and it appearing that the

23  affidavit and warrant are not required to remain secret based upon

24  the motion submitted by the government,

25      IT IS HEREBY ORDERED that the search warrant affidavit and

26  warrant be unsealed and made public record.

27

28  DATED: 12/8/2008                   _____

                                    1
```

```
 1                                    UNITED STATES MAGISTRATE JUDGE
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```